In the United States District Court
for the District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

FEB 07 2008

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

United States of America,
    Respondents,

vs.

CRAIG JONES,
    Petitioner,

Case No.

AMD-90-099

Motion to Reduce Sentence Pursuant to
18 U.S.C. § 3582(c)(2)

---

Comes Now, CRAIG JONES, (herein after "JONES") pro-se in the above entitled cause of action, humbly requesting this Honorable Court to use its discretion and GRANT him a reduction in his sentence pursuant to the United States Sentencing Commission Retroactive Amendment 706, which officially becomes retroactive March 3, 2008. He states the following in support:

On December 11, 2007, the United States Sentencing Commission unanimously voted, giving retroactive effect to Amendment 706 of the Federal Sentencing Guideline which reduces penalties for crack cocaine offenses.

The District Court makes two determinations in deciding whether or not to modify a sentence under 18 USC § 3582(c)(2). Under the first determination, the sentencing court considers what sentence it would have imposed had the retroactive amendment been in effect at the time JONES was sentenced U.S.S.G. § 1B1.10 (b) p.s. The District Court determines what sentence



it would have imposed had the new sentencing range been the range at the time of the original sentencing, leaving untouched all other previous factual decisions concerning particularized sentencing factors. See United States v. Wyatt, 115 F3d 606, 609 (8th Cir. 1997). Such factors include inter alia, role in the offense, obstruction of justice, victim adjustments, more than minimal planning, and acceptance of responsibility. Id.

In the present case, JONES was charged: Count 1, Conspiracy to possess with Intent to Distribute A Schedule II controlled substances, cocaine base (21 USC 846).

On or about March 11, 1991, JONES proceeded to trial by jury wherein he was later convicted of Count 1, Conspiracy to possess with intent to Distribute 50 grams or more of crack.

On July 25, 1991, JONES was sentenced pursuant to USSG Level 38 Category II (262-327) wherein he received the high end, 327 months (26 years 3 months). In light of the recent Amendment, the District Court should simply determine the Guideline range that would have applied in this case had Amendment 706 been in effect ab initio. The relevant Guideline range would be level 36 category II, 210-262 months, as opposed to the pre-Amendment, 262-327 months range.

Having established the applicable Amendment guideline range, the court next considers the factors contained in 18 USC § 3553(a) and, in the exercise of its thus informed discretion, decide whether or not to modify the original sentence previously imposed Wyatt, 115 F3d at 609, 18 USC § 3582(c)(2). The factors set forth in § 3553(a) are the following: 1) the nature and circumstances of the offense and the history and

characteristics of the defendant; (2) the need for the sentence imposed; (3) the kinds of sentences available; (4) the applicable sentencing range under the Guidelines; (5) any pertinent sentencing commission policy statements; (6) the need to avoid unwarranted sentence disparities among defendants; and (7) the need to provide restitution to victims § 3553(a). Put more succinctly, the statute requires the sentence imposed to be general deterrence, specific deterrence, and rehabilitation.

During the time of JONES' sentencing, he was only 20 years of age and a non-violent offender in the instant offense. Prior to the new Amendment, the District Court was bound by the Guidelines, thus forcing them to sentence JONES to 26 years 3 months.

Presently, JONES has been incarcerated 18 plus years and has shown remorse for the alleged crime committed, gained a wealth of respect for the law, and has made remarkable accomplishments at rehabilitating himself. (See attachments). JONES has approximately 6½ years ramaining on his sentence, providing that he continues his exemplary behavior and receives all of his good-time credits. His projected release will be May 5, 2014. Moreover, should the district court grant JONES the two level reduction from level 38 to 36 and resentence him to the low end at 210 months, JONES' new projected release date would be sometime in 2008. Therefore JONES moves this Honorable Court to reduce his sentence by two levels and resentence him to 210 months.

When reviewing JONES' case individually, pursuant to the sentencing objectives set out in section 3553(a), the 26 years

3

3 months sentence JONES received as a 20 year old defendant was seriously unreasonable; and did not meet the nature and circumstances of the offense. Neither did JONES' sentence reflect the seriousness of the offense that would have caused this Honorable Court to impose a 26 years 3 months sentence, had the Guidelines been advisory during the time of JONES' sentence.

Therefore, in light of the retroactive Amendment JONES now requests this Honorable Court to reduce his sentence by two levels and resentence him to level 36; (210-262), the low end of the guideline at 210 months.

## Relief

Wherefore the reasons stated herein, JONES prays that this Honorable Court GRANT him the relief sought pursuant to 18 USC § 3582(c)(2).

## Certificate of Service

I, Craig Jones, Petitioner in the foregoing motion to dismiss under the penalty of perjury, state that I have mailed a true and correct copy to: UNITED STATES District Attorney Office, U.S. Courthouse, 8th floor, 101 W. Lombard Street, Baltimore, MD 21201. by placing same in the U.S. Mail, postage prepaid, in the mail box at the Federal Correctional Institution Oakdale, Louisiana this 4th day of Febuary of 2008.

```
                                    Craig Jones
                                    #27373-037
                                    FCI Oakdale
                                    P.O. BOX 5000
                                    Oakdale, LA 71463
```

```
 OAK2L          *       INMATE EDUCATION DATA        *     01-28-2008
 PAGE 001 OF 001 *            TRANSCRIPT             *      15:15:22

 REGISTER NO: 27373-037    NAME..: JONES                FUNC: PRT
 FORMAT.....: TRANSCRIPT   RSP OF: OAK-OAKDALE FCI
```

--------------------------- EDUCATION INFORMATION ---------------------------

```
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
OAK  ESL HAS    ENGLISH PROFICIENT            09-23-1991 2029 CURRENT
OAK  GED EARNED GED EARNED IN BOP             07-01-1996 1215 CURRENT
```

--------------------------- EDUCATION COURSES ---------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| OAK | ANGER MANAGEMENT GROUP | 07-10-2007 | 01-07-2008 | P | C | P | 7 |
| OAK | SELF STUDY/JOB SEARCH (RP2) | 12-18-2007 | 12-27-2007 | P | C | P | 8 |
| OAK | SELF STUDY/BUDGET (RP6) | 12-10-2007 | 12-18-2007 | P | C | P | 8 |
| OAK | VIDEO/ATOCHA/MON/6-8PM | 03-05-2007 | 03-05-2007 | P | C | P | 2 |
| OAK | SELF STUDY/ETHICS | 11-17-2006 | 01-31-2007 | P | C | P | 8 |
| OAK | SELF STUDY/MRKT PLAN | 11-02-2006 | 11-07-2006 | P | C | P | 8 |
| OAK | SELF STUDY/ANGER (RP6) | 10-23-2006 | 10-25-2006 | P | C | P | 8 |
| BEN | RPP PERSONAL FINANCE(3) | 05-22-2006 | 07-10-2006 | P | C | P | 9 |
| OTV GP | COMMUNICATION THRU ANIMATION | 05-06-2003 | 12-31-2003 | P | C | P | 12 |
| OTV GP | DEALING WITH TENNAGERS | 05-06-2003 | 07-03-2003 | P | C | P | 12 |
| OTV GP | DOING TIME WITH A RIGHT MIND | 04-14-2003 | 06-02-2003 | P | C | P | 16 |
| OTV GP | ASA CERTIFICATION | 04-08-2001 | 05-15-2001 | P | C | P | 10 |
| OTV | VISITING ROOM ACTIVITIES | 03-18-2001 | 03-18-2001 | P | C | P | 1 |
| OTV | INTRO TO PHYSICAL FITNESS | 08-06-1999 | 08-06-1999 | P | C | P | 2 |
| OTV GP | PROGRAM ORIENTATION M-F, PM | 08-02-1999 | 08-06-1999 | P | C | P | .15 |
| MCK | GED 1230-2:30  HAVERS | 10-10-1995 | 06-04-1996 | P | C | P | 232 |
| ASH | GENERAL EDUCATION DEVELOPMENT | 07-30-1992 | 12-03-1992 | P | W | I | 200 |
| ASH | GENERAL EDUCATION DEVELOPMENT | 12-06-1991 | 07-01-1992 | P | W | V | 375 |
| ASH | GENERAL EDUCATION DEVELOPMENT | 10-15-1991 | 12-06-1991 | C | W | V | 0 |
| ASH | GED EVENING - IAMS | 10-07-1991 | 10-15-1991 | C | W | V | 1 |

--------------------------- HIGH TEST SCORES ---------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| GED | AVERAGE | 45.0 | 07-01-1996 | MCK | PASS | PA |
|     | LIT/ARTS | 46.0 | 07-01-1996 | MCK | AP | PA |
|     | MATH | 46.0 | 07-01-1996 | MCK | AP | PA |
|     | SCIENCE | 43.0 | 07-01-1996 | MCK | AP | PA |
|     | SOC STUDY | 42.0 | 07-01-1996 | MCK | AP | PA |

```
            WRITING          50.0    07-01-1996    MCK         AP         PA


G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

Craig Jones
#27373-037
FCI Oakdale
PO BOX 5000
Oakdale, LA 71463

Febuary 4, 2008



District Clerk
Felicia C. Cannonn
101 W. Lombrad St.
Baltimore, MD. 21201

Dear Clerk,

Enclosed you will find a copy of the original motion's title page and a self-addressed stamped envelope.  Please Stamp file the title page and return to me via mail in the enclosed envelope.

Thank you for your assistance in this matter.

Sincerely,

Craig Jones