**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 APR 24 P 3: 58

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

JAMES WYDA
FEDERAL PUBLIC DEFENDER

SHERRI KEENE
STAFF ATTORNEY

April 24, 2008

**Crack Reduction - Status Report**
             **- Motion for Appointment of Counsel**

Honorable Andre M. Davis
District Court Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Chambers 5B
Baltimore, Maryland 21201

>    Re:   *United States v. Craig Jones*
>          Case No.: AMD 90-0099

Dear Judge Davis:

   Please accept and docket this letter as a status report regarding Mr. Jones's pending pro se motion for a reduction in sentence based on Amendment 706 to the Federal Sentencing Guidelines (the "crack" amendment), and Motion for Appointment of Counsel. Mr. Jones's projected release date is May 26, 2014.

   On March 20, 2008, this Honorable Court appointed my Office to preliminarily review Mr. Jones's case to determine if he is eligible to seek a reduction in sentence. Since then, United States Probation has rendered its opinion that Mr. Jones is not eligible to seek a reduced sentence, because the quantity of crack cocaine involved in this case was greater than 4.5 kg. Undersigned counsel would like to brief the issue of Mr. Jones's eligibility and file a supplemental motion in his case. My Office did not previously represent Mr. Jones in this case. However, there does not appear to be any conflict. I have been in contact with Mr. Jones and he has represented that he is unable to afford counsel and would like for this Office to represent him. I ask that the Court appoint me to represent Mr. Jones.

   In addition, undersigned counsel respectfully requests 120 days to prepare and file a supplemental motion in this case. I would also ask that the Court order the government to state its position on a sentence reduction within thirty days of the filing of the supplemental motion. A thirty

day response time would give the government 16 additional days beyond the normal response time set forth in Local Rule 105. A proposed Order is attached.

Thank you for your attention to this matter.

Very truly yours,

Sherri Lee Keene
Staff Attorney

Attachment

cc:   Estelle Santana, USPO
      Barbara Sale, AUSA
      Craig Jones, #27373-037

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

v.                                  *   Criminal No. AMD 90-099

CRAIG JONES                         *

\* \* \* \* \* \*

ORDER

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this _____ day of April, 2008, ordered by the United States District Court for the District of Maryland that:

1) The status report shall be docketed as a Motion for Appointment of Counsel;

2) The Office of the Federal Public Defender for the District of Maryland shall be appointed to represent the defendant in connection with a motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 706;

3) A supplemental motion shall be filed by the Federal Public Defender's Office within 120 days; and

4) The government shall state its position on the motion for reduction of sentence within thirty days after supplemental motion is filed.

ANDRE M. DAVIS
District Court Judge