

EXHIBIT 3.





# Source of Light Schools

## Bible Correspondence Course Certificate

To _Craig Jones_, having satisfactorily completed THE MAILBOX CLUB COURSE III (The New Life in Christ), is granted this Certificate by the Source of Light Schools in recognition of this achievement on this 23d day of March in the year of our Lord 2001.

_Glenn E. Dix_
General Director
Source of Light Ministries

_Raymond R. Walker_
International School Director
Source of Light Ministries

_Pastor Russell_
Representative



*The things that thou hast heard of me among many witnesses, the same commit thou to faithful men, who shall be able to teach others also.*
II Timothy 2:2



**DTRM**

## Certificate of Achievement

*Presented on this Sixteenth day of July
in the year Two Thousand and Three*

Craig Jones

In Recognition of Your Completion
of the eight week course "Doing Time With A Right Mind"

Fredrick Menifee  
Fredrick Menifee, Warden

July 16, 2003  
Date

L. E. Gotham, Volunteer Coord

**DTRM**



# Certificate of Achievement

This certifies that

## Craig Jones

has completed

### General Education Development

This certificate is hereby issued this 18th day of June, 1997.

_____
Celia Vidosh, Supervisor of Education

# CERTIFICATE OF ACHIEVEMENT

Having successfully completed the course

**Active Teen Parenting**

this certificate of achievement is being awarded to:

*Jones craig*

9-17, 2003
Date

M. Santiago

# Certificate of Achievement

This certifies that

Craig Jones

has satisfactorily completed

A Question of Race

Consisting of __2__ Hours of Training

This certificate is hereby issued this __28th__ day of __December__, 20__07__

FCI-Oakdale

# Certificate of Achievement

**This certifies that**

Craig Jones

**has satisfactorily completed**

Suze Ormans Financial Workshop

Consisting of __2__ Hours of Training

This certificate is hereby issued this __30th__ day of __January__, 20__08__

FCI-Oakdale

# Certificate of Achievement

### This certifies that

Craig Jones

## has satisfactorily completed

Financial Management for the Home & Family

### Consisting of __2__ Hours of Training

This certificate is hereby issued this __5th__ day of __March__, 20__08__

FCI-Oakdale

# Certificate of Completion

THIS IS TO CERTIFY THAT

**JONES, CRAIG**

HAS SATISFACTORILY COMPLETED THE REQUIREMENTS OF

*"HOUSES OF HEALING"*

GIVEN ON THIS __05__ DAY OF __JUNE__ 2007, BY THE RAPIDES UNIT TEAM AT FCC OAKDALE, LOUISIANA

_____
UNIT MANAGER

_____
COUNSELOR





Houses of Healing



Certificate of Completion

ANGER MANAGEMENT - 2007

Craig Jones

27373-037

06/14/07 - 09/28/07

J. Munneke, Psy.D.
Staff Psychologist