IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA           *

         v.                              *   Criminal No AMD 90-0099

CRAIG JONES                         *

                    *  *  *  *  *  *

**O R D E R**

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this 26th day of Aug., 2008, ordered by the United States District Court for the District of Maryland that:

1) Pursuant to the Order of Court dated March 20, 2008 in which the Office of the Federal Defender was appointed to conduct a preliminary review whether the defendant is eligible for relief under the retroactive application of Amendment No. 706, said appointment is hereby extended;

2) The Government shall state within thirty days its position on the motion for reduction of sentence.

                                                                            /s/
                                              _____
                                              The Honorable Andre M. Davis
                                              United States District Judge