===========================================================

# UNITED STATES DISTRICT COURT

--------------DISTRICT OF MARYLAND--------------

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No: AMD 90-0099 |
| CRAIG JONES | * |

## LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

 Enter my appearance as counsel in the case to preliminarily review Mr. Jones' case to determine if he is eligible for a reduced sentence under 18 U.S.C. § 3582(c).   I certify that I am admitted to practice in this Court.

                JAMES WYDA
                Federal Public Defender

Date: September 9, 2008         /s/
                Nicholas J. Vitek (#91429)
                Staff Attorney
                Federal Public Defender's Office
                Tower II, Suite 1100
                100 S. Charles Street
                Baltimore, Maryland 21201
                Phone: 410-962-3962
                Fax:  410-962-0872
                Nicholas_Vitek@fd.org